Jeffery L. Caufield (SBN 166524)
jeff@caufieldjames.com
Kenneth E. James (SBN 173775)
ken@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
Telephone: 619-325-0441
Facsimile : 619-325-0231

Attorneys for Plaintiffs, Greve Financial Services, Inc., Angeles Chemical Company, Inc., and John Locke

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California Corporation, GREVE FINANCIAL SERVICES INC., a California Corporation, and JOHN LOCKE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION, a California Corporation, et. al.,<br><br>Defendants. | Case No: 01-10532 TJH (Ex)<br><br>NOTICE OF MOTION AND MOTION FOR DISQUALIFICATION OF DR. ROUHANI, MR. HALL, AND NEWFIELDS<br><br>Date: April 7, 2008<br>Time: Under Submission<br>Courtroom: 17<br>Judge: Hon. Terry J. Hatter, Jr.<br><br>Discovery Cut-Off: June 11, 2007<br>Pre-Trial Conference: June 23, 2008<br>Trial Date: TBD |

PLEASE TAKE NOTICE that on April 7, 2008, or as soon as the matter may be heard thereafter in Courtroom 17, Plaintiffs, Counter-Defendants, Cross-Defendants and Petitioners GREVE FINANCIAL SERVICES INC., a California corporation, ANGELES CHEMICAL COMPANY, INC., a California corporation, JANYCE LOCKE, an individual, and JOHN LOCKE, an individual (collectively, "Angeles"), through their attorney of record Jeffery L. Caufield for Caufield &

James, LLP, will seek an order disqualifying Defendants, Counter-claimants and Respondents MCKESSON CORPORATION'S, a California corporation et al. ("McKesson") experts (1) Dr. Sharokh Rouhani, (2) William Hall, and (3) NewFields based upon their continued use of McKesson's disqualified experts Dr. Stephens and the offices of D.B. Stephens and Associates, Inc., Nancy Bice and Geosyntec.

Based on this Notice of Motion, Angeles' Memorandum of Points and Authorities, the Declaration Jeffery Caufield, and such other matters as may be allowed by the Court, Angeles respectfully requests that this Court disqualify Dr. Rouhani, Mr. Hall, and NewFields as experts for McKesson and the Sorkin Parties in all capacities, and also that this Court disqualify all of their opinions, data, information and work product in their entirety for use in this litigation and in any way related to McKesson's property in Santa Fe Springs, California.

This Motion is made following the conferences of counsel pursuant to Local Rule 7-3, which commenced on January 4, 2008.

DATED: March 14, 2008

Caufield & James, LLP

for

Jeffery L. Caufield, Esq.
Attorney for Plaintiffs