# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>McKESSON CORPORATION, *et al.*,<br><br>     Defendants. | CV 01-10532 TJH (Ex)<br><br>Order<br>(#2639) |

The Court has considered Plaintiff's motion to disqualify Defendant's experts William Hall, Shahrokh Rouhani, and NewFields, LLC, together with the moving and opposing papers.

It is **Ordered** that the motion be, and hereby is, **Granted**.

Date:   May 7, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge