Edgcomb Law Group
JOHN D. EDGCOMB (SBN 112275)
IAN P. BOISVERT (SBN 256407)
115 Sansome Street, Suite 700
San Francisco, California 94104
Telephone: (415) 399-1555
Facsimile: (415) 399-1885
jedgcomb@edgcomb-law.com

Bingham McCutchen LLP
NANCY M. WILMS (SBN 111837)
JILL C. TERAOKA (SBN 155800)
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone: (213) 680-6400
Facsimile: (213) 680-6499
nancy.wilms@bingham.com

Attorneys for Defendant/ Counterclaimant McKESSON CORPORATION and Defendants/Counterclaimants HARVEY SORKIN, SEYMOUR MOSLIN, AND THE ESTATE OF PAUL MASLIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES CHEMICAL COMPANY, INC., a California Corporation, GREVE FINANCIAL SERVICES, INC., a California Corporation, and JOHN G. LOCKE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>McKESSON CORPORATION, a California Corporation, et al.,<br><br>Defendants. | CASE NO. CV 01-10532 TJH (Ex)<br><br>NOTICE OF ERRATUM RE: SUPPLEMENT OF UNPUBLISHED CASES IN SUPPORT OF MCKESSON'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EXPERT EVIDENCE AND TESTIMONY OF SAYAREH AMIR<br><br>[MOTION IN LIMINE NO. 17]<br><br>Date:            Under Submission<br>Time:            Under Submission<br>Courtroom:                    17<br>Judge:       Hon. Terry J. Hatter, Jr.<br>Discovery Cut-off:   June 11, 2007<br>Pre-Trial Conf.:       March 2, 2009<br>Trial Date:          October 13, 2009 |

NOTICE OF ERRATUM RE: SUPPLEMENT OF UNPUBLISHED CASES IN SUPPORT OF MCKESSON'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EXPERT EVIDENCE AND TESTIMONY OF SAYAREH AMIR

| | |
|---|---|
| 1 | McKESSON CORPORATION, a Delaware Corporation, |
| 2 | |
| 3 | Counterplaintiff, |
| 4 | v. |
| 5 | GREVE FINANCIAL SERVICES, INC., a California Corporation, et al., |
| 6 | Counterdefendants. |
| 7 | AND RELATED CROSS-CLAIMS. |

NOTICE OF ERRATUM RE: SUPPLEMENT OF UNPUBLISHED CASES IN SUPPORT OF MCKESSON'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EXPERT EVIDENCE AND TESTIMONY OF SAYAREH AMIR

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 30, 2009, McKesson Corporation filed the Supplement of Unpublished Cases In Support Of McKesson's Opposition To Plaintiffs' Motion In Limine To Exclude Expert Evidence And Testimony Of Sayareh Amir ("Supplement").

In reviewing the Supplement and the attached exhibits, McKesson has identified that one exhibit, Exhibit 3, inadvertently contained a second cover sheet for "Exhibit 5," and that Exhibit 5 inadvertently contained the incorrect, unpublished case.

The new exhibits contain:

1. Exhibit 3: the same unpublished case, Nat'l Starch & Chem. Trading Co. v. M/V Star Inventana, No. 05-91-P-S, 2006 WL 1876996 (D. Me. 2006), without the "Exhibit 5" cover sheet.
2. Exhibit 5: Whiting v. U.S., No. 03-CV-0216-R, 2005 U.S. Dist. LEXIS 46075 (S.D. Cal. 2005).

1  Respectfully Submitted,

2

3
   DATED: May 1, 2009                    EDGCOMB LAW GROUP
4

5
                                         By: _____
6                                              John D. Edgcomb
7                                        Attorneys for Defendant/Counterclaimant
                                         McKESSON CORPORATION and
8                                        Defendants/Counterclaimants HARVEY
                                         SORKIN, SEYMOUR MOSLIN, AND
9                                        THE ESTATE OF PAUL MASLIN

10
    DATED: May 1, 2009                   BINGHAM MCCUTCHEN LLP
11

12
                                         By: _____
13                                             Nancy M. Wilms
                                         Attorneys for Defendant/Counterclaimant
14                                       McKESSON CORPORATION and
                                         Defendants/Counterclaimants HARVEY
15                                       SORKIN, SEYMOUR MOSLIN, AND
                                         THE ESTATE OF PAUL MASLIN
16

17

18

19

20

21

22

23

24

25

26

27

28

A/72650662.1                             2
MCKESSON'S OBJECTION TO DECLARATION OF DR. JAMES T. WELLS